UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Charles P. & Debra K. Carter Sr. | ) | CASE No. 05-40190 |
| | ) | |
| Debtor | ) | |

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:   Pathologist Associated, P.O. Box 7002, Muncie, IN 47308-7002

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of $1.10 into the Registry Account with the U.S. Bankruptcy Court.  The Trustee issued Check No. 100617 on June 3, 2010 in the amount of $1.10 to the creditor listed above.  The creditor returned the check and stated they were "unable to locate the customer".  All future disbursements were placed on "reserve" and funds turned over to the Registry Account.

To reclaim such funds you will need to comply with Rule B311 of the Local Rules of the United States Bankruptcy Court and file such motion with the Clerk, United States Bankruptcy Court, P.O. Box 558, 230 N. 4th Street, Lafayette, IN 47902.

Dated this 7th day of August, 2010.


/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 7th day of August, 2010 to:

Pathologist Associated, P.O. Box 7002, Muncie, IN 47308-7002
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Charles P. & Debra K. Carter Sr., 1468 S. Meadow Dr., Monticello, IN 47960

                              /s/ David A. Rosenthal
                              David A. Rosenthal
                              Chapter 13 Trustee
                              P.O. Box 505
                              Lafayette, IN 47902
                              (765) 742-8248