UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

IN RE:                                           )
                                                 )
Charles P. & Debra K. Carter Sr.      )        CASE No. 05-40190
                                                 )
            Debtor                          )

NOTICE OF DEPOSIT OF FUNDS INTO REGISTRY ACCOUNT

TO:    Charles P. & Debra K. Carter, Sr., 1468 S. Meadow Dr.,
       Monticello, IN 47960

David A. Rosenthal, Chapter 13 Trustee, has deposited the sum of
$45.00 into the Registry Account with the U.S. Bankruptcy Court. The
Trustee issued Check No. 102314 on February 16, 2011 in the amount of
$45.00 to Charles P. & Debra K. Carter St., at the address stated above.
The check was not returned to the Trustee nor was the check presented
for payment. The trustee placed a stale check void on the check and the
Trustee has deposited the funds into the Registry Account.

       To reclaim such funds you will need to comply with Rule B311 of
the Local Rules of the United States Bankruptcy Court and file such
motion with the Clerk, United States Bankruptcy Court, P.O. Box 558,
230 N. 4th Street, Lafayette, IN 47902.

       Dated this 12th day of May, 2011.


                          /s/ David A. Rosenthal
                          David A. Rosenthal
                          Chapter 13 Trustee
                          P.O. Box 505
                          Lafayette, IN 47902
                          (765) 742-8248

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, on this 12th day of May, 2011 to:

Charles P. & Debra K. Carter, Sr., 1468 S. Meadow Dr., Monticello, IN 47960
United States Trustee, 555 One Michiana Sq., 100 E. Wayne, South Bend, IN 46601
Brad A. Woolley, 103 E. Broadway, Monticello, IN 47960

/s/ David A. Rosenthal
David A. Rosenthal
Chapter 13 Trustee
P.O. Box 505
Lafayette, IN 47902
(765) 742-8248